UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN K. MEEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 1:13-cv-00168-TWP-TAB |
| OTIS ELEVATOR COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ADOPTION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's motions for attorney's fees, supplemental fees, and a hearing.  Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections.  The Court, having considered the Magistrate Judge's Report and Recommendation and any objections, approves and adopts the Magistrate Judge's Report and Recommendation.  Plaintiff's motion for attorney's fees is therefore granted but reduced [Docket No. 25], motion for supplemental fees is denied [Docket No. 28], and motion to schedule a hearing on the petitions for attorney's fees is denied [Docket No. 31.].  Accordingly, Plaintiff is awarded $7,620.00 in attorney's fees, which is half of the 50.8 hours worked up until the June 27 offer of judgment.

Date: 10/31/2013 _____

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Robert Peter Kondras, Jr.
HUNT HASSLER LORENZ & KONDRAS LLP
kondras@huntlawfirm.net

Cintra Bentley McArdle
SEYFARTH SHAW LLP
cmcardle@seyfarth.com

Kathryn S. Clark
SEYFARTH SHAW LLP
kclark@seyfarth.com